**Report and Order Terminating Supervised Release
Prior to Original Expiration Date—Notice of Death**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>    v.               )    Docket No:   0972 1:21CR00287-002<br> )<br>John Pal Singh Janda   )<br> ) | |

On September 22, 2021, the above-named was sentenced to Supervised Release for a period of 2 years in the Central District of California (Docket No. CR 16-412-FMO-2). Supervision commenced on September 22, 2021. On November 23, 2021, the Eastern District of California accepted a transfer of jurisdiction over the case.

On March 23, 2023, this office was notified by the City and County of Fresno, State of California, Certification of Vital Record that John Pal Singh Janda was confirmed dead by Christian Acosta, Deputy Coroner, on March 2, 2023 (copy of the notification is on file). It is accordingly recommended this case be closed.

|   **Respectfully submitted,**   |   **Reviewed by,**   |
|---|---|
| *[signature]* | *[signature]* |
| **Rick Tarazon**<br>Sr. United States Probation Officer | **Marlene DeOrian**<br>Supervising United States Probation Officer |

**Dated:**   March 24, 2023
            Fresno, California
            RT

1

**Re:     John Pal Singh Janda**
       **Docket Number:     0972 1:21CR00287-002**
       <u>**Report and Order Terminating Supervised Release**</u>
       <u>**Prior to Original Expiration Date—Notice of Death**</u>

---

## ORDER OF COURT

It appearing that John Pal Singh Janda is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

   Dated:     March 24, 2023                                    _____
                                                      UNITED STATES DISTRICT JUDGE